Judgment in a Civil Case

# United States District Court
## WESTERN DISTRICT OF NEW YORK

WILLIAM INDELICATO

v.

LIBERTY TRANSPORTATION, INC.

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 18-CV-253

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that the defendant's motion to dismiss is

Granted and the complaint is Dismissed without prejudice.

Date: April 9, 2019

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/Suzanne Grunzweig
    Deputy Clerk